IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Mitchell Ellis Products, Inc.<br>*Plaintiff*<br>v.<br><br>Agrinomix, Inc.<br>*Defendant* | CIVIL ACTION NO. 15-cv-00579 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mitchell Ellis Products, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Agrinomix, Inc.

Dated: May 17, 2016

Respectfully submitted,

**ADAMSIP, LLC**

By: /s/ J. Hunter Adams
J. Hunter Adams (5289J80Z)
300 Dauphin Street, Suite 200
Mobile, Alabama 36602
Phone: (251) 289-9787
hunter@adamsiplaw.com
*Attorney for Mitchell Ellis Products, Inc.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that I have on May 17, 2016, electronically filed the foregoing using the CM/ECF E-File system, which will send copies to the following:

>Archibald T. Reeves, IV
>McDowell Knight Roedder & Sledge, LLC
>11 North Water Street, Suite 13290
>Mobile, Alabama 36602
>Attorney for Defendant AgriNomix, LLC

>/s/ J. Hunter Adams
>J. HUNTER ADAMS